

# INVOICE

Invoice # 9260
Date: 07/21/2026
Due On: 08/20/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Lakeisha Cassandra Preston

## 05112-Preston Lakeisha Cassandra

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 06/24/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; reviewed court docket for previous Orders for Applications; drafted 2nd Application for Compensation; drafted email memo to TR re: review 2nd Application for Compensation | 0.30 | $0.00 | $0.00 |
| Service | TR | 06/25/2024 | Review and approve fee application drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/25/2024 | Reviewed email memo from TR re: 2nd Application for Compensation; prepared the 2nd Application for Compensation, the invoice and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 06/28/2024 | Review: 24-50093-KMS Order on Application for Compensation Document #29 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/25/2024 | Review docket re: tax claim - draft email to Sylvie Robinson | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/25/2024 | Review email from MDoR | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/11/2024 | Review: 24-50093-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/03/2025 | Incoming Call: Telephone call from debtor informing she needs to replace her 2018 Dodge Journey; she said the vehicle is in her plan but I did not verify; discussed surrendering vehicle | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and incurring debt; drafted e-mail to debtor explaining process of incurring debt and attaching expense form to update and return along with 2 months pay advices for everyone in the household. | | | |
| Service | KR | 06/06/2025 | Review email from debtor: Reviewed email from debtor about her mother's income; drafted email to debtor informing her we only need income for her household. | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/06/2025 | Incoming Call: Telephone conference with debtor about about incurring debt for another vehicle and keeping the Dodge Journey since they have paid so much towards it; it is having electrical issues; needs reliable transportation; she will be sending me her income and expenses to analyze to incur debt | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/13/2025 | Review email from debtor: Reviewed email from debtor inquiring if we limit her to certain creditors to purchase a car; drafted email to debtor informing her that we do not limit her; she can use anyone that approves her. | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/03/2025 | Review and respond to email memo: Reviewed email memo from BB re: refund Chrysler Capital; drafted email memo to BB confirming she needs to contact the debtor to find out if she is wanting the refund or put towards her bankruptcy payments | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/04/2025 | Contact Debtor (Text/Email): Reviewed email from KR confirming the meaning of the email. Drafted text to debtor inquiring if she would like the check from the creditor or if she would like it added to her case payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/06/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating she would like her check added to her payments. Drafted email to Trustee informing them. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/22/2026 | Review: 24-50093-KMS Release of Wages Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/23/2026 | Incoming Call: Phone conference with debtor about her pay not being | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | garnished for the plan payment; reviewed court docket and a release of wages was filed (Dk#33); drafted email to the Trustee case administrator inquiring why a release of wages was filed | | | |
| Service | KR | 03/25/2026 | Call Debtor: Reviewed email from the Trustee's office about the release of wages office; called debtor left message | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/25/2026 | Incoming Call: Phone conference with debtor inform her that the Trustee received a termination letter and that was why the release of wages was filed; she is going to find out why from her payroll department since she still works there; she is going to send in the delinquency; reviewed the Trustee's website and verified delinquency | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/26/2026 | Review: 24-50093-KMS Order Upon Employer Directing Deductions from Pay Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/26/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the wage order | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/14/2026 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/21/2026 | Reviewed 1st and 2nd Applications, Orders, and Invoices filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | | Non-Attorney | 0.5 | $155.00 | $77.50 |
| Kerri Rodabough | | Non-Attorney | 1.0 | $155.00 | $155.00 |
| Kerri Rodabough | | Non-Attorney | 0.4 | $0.00 | $0.00 |

|  | | |
|---|---|---|
| **Subtotal** | | **$540.50** |
| **Total** | | **$540.50** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5995 | 03/22/2024 | $2,798.80 | $0.00 | $2,798.80 |
| 6558 | 07/24/2024 | $798.79 | $0.00 | $798.79 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9260 | 08/20/2026 | $540.50 | $0.00 | $540.50 |

|  | |
|---|---|
| **Outstanding Balance** | **$4,138.09** |
| **Total Amount Outstanding** | **$4,138.09** |